

United States District Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| The United States of America, | Criminal No. 17-20183 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | |
| D-4 Terry Pruitt a/k/a "T," | |
| Defendant. | |



### Amended Stipulation for Excludable Delay and to Set Dates

The United States of America and Defendant agree that there is good cause to adjourn the detention hearing and completion of arraignment on the indictment in this case scheduled for April 6, 2017, to a new date of April 25, 2017. *See* 18 U.S.C. §3161. This extension of time is necessary to allow the parties to investigate the facts of this case further and because *investigation of* Defendant's ~~pre-existing physical~~ condition prevented him from appearing in Court on an earlier date and, and because the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defendant concurs in this request and agrees that it is in his best interest.

The parties stipulate and agree that this stipulation and any order resulting therefrom shall not affect any previous order of pretrial detention or pretrial release.

The period of delay between April 6, 2017 to April 25, 2017 should be excluded from computing the time within which a trial must begin for the reasons set

forth herein, and because the ends of justice served by such continuance outweigh the interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. §3161.

<div style="display:flex">
<div>

*s/ JEROME F. GORGON JR.*
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
jerome.gorgon@usdoj.gov

</div>
<div>

*s/ S. ALLEN EARLY w/permission*
Law Offices of S. Allen Early
65 Cadillac Sq., Ste. 2810
Detroit, MI 48226
sallenearly@sallenearly.comcastbiz.net

</div>
</div>

April 25, 2017

**United States District Court**
**Eastern District of Michigan**
**Southern Division**

| | |
|---|---|
| The United States of America, | Criminal No. 17-20183 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | |
| D-4 Terry Pruitt a/k/a "T," | |
| Defendant. | |
_____/

## Order for Excludable Delay and to Set Dates

This matter coming before the court on the stipulation of the parties, it is hereby

**ORDERED** that good cause exists to adjourn the detention hearing and the completion of arraignment on the indictment scheduled for April 6, 2017 to April 25, 2017. *See* 18 U.S.C. § 3161.

**ORDERED** that any order of pretrial detention or pretrial release remains in full force and effect.

**ORDERED** that the period from April 6, 2017 to April 25, 2017, shall be excluded from computing the time within which a trial must begin for the reasons set forth herein, and because the ends of justice served by such continuance outweigh the interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161.

**IT IS SO ORDERED.**

_____
R. STEVEN WHALEN
United States Magistrate Judge

APR 2 5 2017

Entered: _____