UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                        Case No. 17-20183
                                        HON. MARK A. GOLDSMITH

D4- TERRY PRUITT,

    Defendant.
_____/

## NOTICE TO APPEAR/SCHEDULING ORDER

- MOTIONS DUE BY:  **May 16, 2017**

    The defendant is hereby notified to appear before the Honorable Mark A. Goldsmith for the following proceedings:

- PLEA HEARING/CUT-OFF:  **June 13, 2017 @ 3:00 p.m.;**

- FINAL PRETRIAL CONFERENCE: **June 13, 2017@ 3:00 p.m.;**

- JURY TRIAL:  **June 26, 2017 @ 8:30 a.m.**

Dated: April 26, 2017                    s/Mark A. Goldsmith
      Detroit, Michigan               MARK A. GOLDSMITH
                                              United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 26, 2017.                            s/Karri Sandusky
                                                          Case Manager